IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DENVER EVERS,

                                Plaintiff,

                v.

ROGER LANGELIERS
CONSTRUCTION CO.,

                                Defendant.

6:20-cv-01843-MK

JUDGMENT

        Based on the parties' Stipulated Notice of Voluntary Dismissal (ECF No. 30), this is action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

        Pending motions, if any, are denied as moot.  All pretrial deadlines, hearings, and any trial date are stricken.

        Dated this 22nd day of November 2021.

                                MARY L. MORAN
                                Clerk of Court

                        By:     /s/ J. Klein
                                Deputy Clerk